IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ROGGE and CONNIE ROGGE, Individually and as Next Friends of RICHARD HOLLAS ROGGE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF RICHMOND, TEXAS, TODD GANEY, and DANELL GAYDOS,<br><br>    Defendants. | CIVIL ACTION NO. H-11-4201 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and Plaintiffs' objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 31st day of January, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE